UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RIVERSIDE DRIVE PARTNERS, LLC** | * * * | CIVIL ACTION NO. 2016-cv -3038 |
| | * | JUDGE |
| **VERSUS** | * | |
| | * | MAGISTRATE JUDGE |
| | * | |
| **ANNE DICKERSON, SHAWN J. RICHARD, DEBORAH D. DAVIS, ELKINS, PLC, ST. CHARLES TITLE CORPORATION,  ET AL.** | * * * * * | |

\*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

TO:   RIVERSIDE DRIVE PARTNERS, LLC
      Through its attorneys of record
      Jacques F. Bezou
      Matthew L. Devereaux
      Jacques F. Bezou, Jr.
      The Bezou Law Firm
      534 E. Boston Street
      Covington, LA 70433

**PLEASE TAKE NOTICE** that Elkins, PLC ("Elkins"), St. Charles Title Corporation ("SCTC"), Shawn J. Richard, and Deborah D. Davis (collectively the "Elkins Defendants"), named defendants in the Petition for Legal Malpractice ("Petition") filed in that certain proceeding entitled, *Riverside Drive Partners, LLC v. Anne Dickerson, Deborah D. Davis, Shawn J. Richard, Elkins, PLC, St. Charles Title Corporation, et. al.*," No. 2016-3183 on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana ("State Court Action"), on or about March 30, 2016, filed in the United States District Court, Eastern District of Louisiana, their Notice to effect the removal of said State Court Action to the United States

District Court for the Eastern District of Louisiana. The Elkins Defendants respectfully represent that the grounds for the removal are as follows:

### STATEMENT OF GROUNDS FOR REMOVAL

#### I.

On or about March 30, 2016, the Petition was filed in the State Court Action asserting claims, including claims of legal malpractice, against the Elkins Defendants and others. Shawn J. Richard and Deborah Davis are attorneys who are shareholders of Elkins. SCTC is a title company affiliated with Elkins.

#### II.

The Petition named the Elkins Defendants as defendants. A copy of the Citation and the Petition served on the Elkins Defendants are attached hereto, *in globo*, as Exhibit A.

#### III.

As acknowledged by the Plaintiffs in the Petition, the Elkins Defendants are all either (1) corporations organized under the laws of the state of Louisiana and domiciled in New Orleans, Louisiana or (2) persons of the full age of majority, domiciled in Orleans Parish, Louisiana. Additionally, Anne Dickerson, also named as a defendant, is a person of the full age of majority, domiciled in Louisiana.

#### IV.

Both Elkins and SCTC are Louisiana corporations with their principal place of business in Orleans Parish, State of Louisiana. See Petition, Paragraph 1.

#### V.

All of the individual defendants, Mr. Richard, Ms. Davis and Ms. Dickerson, are residents of, and domiciled in the State of Louisiana. See Petition, Paragraph 1.

VI.

The remaining defendants are only identified only as ABC Insurance Company, DEF Insurance Company, XYZ Insurance Company and 123 Insurance Company. The citizenship of defendants sued under fictitious names, such as a defendant named as XYZ Insurance Company, is disregarded for the purpose of determining the diversity of the parties at the time of removal. 28 U.S.C. § 1441(b)(1). *See Cummings v. Winn-Dixie Montgomery, LLC*, 2015 WL 4772185, nt. 1, (M.D. La. Aug. 12, 2015).

VII.

As acknowledged in the Petition, plaintiff in the State Court Action, Riverside Drive Partners, LLC ("Plaintiff" or "Riverside Drive"), is a foreign limited liability company. *See* Petition, First Unnumbered Paragraph. Riverside Drive is a limited liability company organized under the laws of the state of Florida with its principal business office located at 5505 Interstate North Parkway, NW, Atlanta, Georgia, 30328. The members of the Plaintiff are (1) Jack T. Hammer, a person of the full age of majority who is domiciled in the State of Georgia and (2) Housing Systems Incorporated, a Georgia corporation. Consequently, Riverside Drive is either a resident of Florida, Georgia or both. Neither Riverside Drive nor its members are residents of, or domiciled in, the State of Louisiana.

VIII.

Riverside Drive is a member and/or manager of CCNO McDonogh 16, LLC, a Louisiana limited liability company ("CCNO 16"). CCNO 16 is a member and/or manager of McDonogh 16, LLC, a Louisiana limited liability company ("McDonogh 16").

IX.

Through the Petition, Plaintiff alleges that it is entitled to damages for the alleged legal malpractice of, *inter alia*, the Elkins Defendants. *See* Exhibit A.

X.

The Petition asserts that the Elkins Defendants failed to disclose to Riverside Drive several outstanding obligations of McDonogh 16, including (1) an alleged obligation owed by McDonogh 16 to Quality Design and Construction, LLC which exceeded $1 million dollars and (2) an alleged obligation owed by McDonogh 16 to David R. O'Reilly Engineering Consultants, LLC in the amount of $68,100. *See* Petition, Paragraphs VII – XVI. Plaintiff contends that this lack of disclosure caused it damages. Additionally, the Petition asserts that the alleged actions by, *inter alia*, the Elkins Defendants, caused Plaintiff to incur "thousands of dollars in additional interest" from the delay in conversion of the construction financing for McDonogh 16 to permanent financing. *See* Petition, Paragraph XX. Further, Plaintiff alleges that, if a shortfall exists in the financing of McDonogh 16, that Plaintiff is "solely responsible for the first $1,000,000 of shortfall." *See* Petition, Paragraph XXII.

XI.

Further, the Plaintiff makes a demand for trial by jury. *See* Petition, Final Unnumbered Paragraph. Under Louisiana law, the Plaintiff is required to show an amount in controversy of at least $50,000 to qualify for a right to a jury trial and the assertion of a jury demand constitutes evidence that the amount in controversy is at least $50,000. See La. C.C.P. Art. 1732. *See Cummings v. Winn-Dixie Montgomery, LLC*, 2015 WL 4772185, at *3 (M.D. La. Aug. 12, 2015), I, No. 00–cv–1982, 2000 WL 1653835, at *4 (E.D.La. Nov. 2, 2000) ("jury demand for

state court can be a factor in determining whether the amount in controversy requirement for federal jurisdiction is satisfied.").

XII.

Taken as a whole, these allegations of the Petition show by a preponderance of the evidence that the amount in controversy in the Petition exceeds $75,000.

**Diversity Jurisdiction**

XIII.

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

XIV.

The action is removable to this Court pursuant to 28 U.S.C. § 1441(a) in that the above-captioned District Court sits in the district and division embracing the place where the State Court Action is pending.

**Procedural Requirements**

XV.

This Notice of Removal is timely under 28 U.S.C. §1446(b) and pursuant to the Supreme Court's decision in *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 119 S.Ct. 1322 (1999), as it was filed within thirty days after receipt by the Elkins Defendants of the Petition. In fact, this Notice is filed within 30 days of the filing of the State Court Action. Copies of all process, pleadings and orders served on the Elkins Defendants are being filed with this Notice of Removal. See Exhibit A.

XVI.

In accordance with 28 U.S.C. §1446(d), promptly after filing this Notice of Removal, the Elkins Defendants will give written notice of the removal to all parties and will file a copy of this Notice of Removal with the Civil District Court for the Parish of Orleans, State of Louisiana.

Respectfully submitted,

ELKINS, P.L.C.

   /s/ Thomas M. Beh
GARY J. ELKINS, T.A. (5316)
THOMAS M. BEH (24018)
YVONNE CHALKER (14950)
201 St. Charles Ave., Suite 4400
New Orleans, LA 70170
Telephone: (504) 529-3600
Telefax: (504) 529-7163

ATTORNEYS FOR ELKINS, PLC, ST. CHARLES TITLE CORPORATION, SHAWN J. RICHARD AND DEBORAH D. DAVIS

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 13th day of April, 2016, electronically filed a copy of the foregoing pleading with the Clerk of court, using the CM/ECF system. I will send a notice of electronic filing to counsel for the Plaintiff by e-mail, facsimile and/or U.S. mail, first class postage pre-paid.

      /s/Thomas M. Beh