ATTORNEY'S NAME: Devereaux, Matthew L 32125
AND ADDRESS: 534 E. BOSTON ST., COVINGTON, LA 70433

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2016-03183   DIVISION: A   SECTION: 15

**RIVERSIDE DRIVE PARTNERS, LLC**

Versus

**DICKERSON, ANNE ET AL**

### CITATION

TO: ELKINS, PLC, A PROFESSIONAL LAW CORPORATION
THROUGH: ITS REGISTERED AGENT: GARY J. ELKINS
201 ST, CHARLES AVENUE, SUITE 70170, NEW ORLEANS, LA 70170

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR LEGAL MALPRACTICE

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 6, 2016

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Paige Huntsberry, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR LEGAL MALPRACTICE ON ELKINS, PLC, A PROFESSIONAL LAW CORPORATION THROUGH: ITS REGISTERED AGENT: GARY J. ELKINS Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER    RETURN / / SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within PETITION FOR LEGAL MALPRACTICE ON ELKINS, PLC, A PROFESSIONAL LAW CORPORATION THROUGH: ITS REGISTERED AGENT: GARY J. ELKINS by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ELKINS, PLC, A PROFESSIONAL LAW CORPORATION being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 9350976   Page 1 of 1

ATTORNEY'S NAME: Devereaux, Matthew L 32125
AND ADDRESS: 534 E. BOSTON ST., COVINGTON, LA 70433

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2016-03183          DIVISION: A          SECTION: 15

**RIVERSIDE DRIVE PARTNERS, LLC**

Versus

**DICKERSON, ANNE ET AL**

### CITATION

TO: DAVID, DEBORAH D.
201 ST. CHARLES AVE, SUITE 4400, NEW ORLEANS, LA 70170

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR LEGAL MALPRACTICE

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 6, 2016

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Paige Huntsberry, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR LEGAL MALPRACTICE ON DAVID, DEBORAH D. THROUGH: _____ Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER  RETURN  SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the within PETITION FOR LEGAL MALPRACTICE ON DAVID, DEBORAH D. THROUGH: _____ by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said DAVID, DEBORAH D. being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 9350974          Page 1 of 1

ATTORNEY'S NAME: Devereaux, Matthew L 32125
AND ADDRESS: 534 E. BOSTON ST., COVINGTON, LA 70433

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2016-03183     DIVISION: A     SECTION: 15

### RIVERSIDE DRIVE PARTNERS, LLC

Versus

### DICKERSON, ANNE ET AL

### CITATION

TO:    RICHARD, SHAWN J.
201 ST. CHARLES AVENUE, SUITE 4400, NEW ORLEANS, LA 70170

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR LEGAL MALPRACTICE

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 6, 2016

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Paige Huntsberry, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR LEGAL MALPRACTICE ON RICHARD, SHAWN J. THROUGH: Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ | On this _____ day of _____ served a copy of the within PETITION FOR LEGAL MALPRACTICE ON RICHARD, SHAWN J. THROUGH: by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said RICHARD, SHAWN J. being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

/ ENTERED / _____
PAPER        RETURN
____ / _____ / ____
SERIAL NO.   DEPUTY   PARISH

ID: 9350975                        Page 1 of 1

ATTORNEY'S NAME:  Devereaux, Matthew L 32125
AND ADDRESS:     534 E. BOSTON ST., COVINGTON, LA 70433

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2016-03183          DIVISION: A          SECTION: 15

**RIVERSIDE DRIVE PARTNERS, LLC**

Versus

**DICKERSON, ANNE ET AL**

### CITATION

TO:       ST. CHARLES TITLE CORPORATION
THROUGH:  ITS REGISTERED AGENT: GARY J. ELKINS
          201 ST. CHARLES AVENUE, SUITE 4400, NEW ORLEANS, LA 70170

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR LEGAL MALPRACTICE

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 6, 2016

Clerk's Office, Room 402, Civil Courts            DALE N. ATKINS, Clerk of
421 Loyola Avenue                                  The Civil District Court
New Orleans, LA                                    for the Parish of Orleans
                                                   State of LA
                                                   by _____
                                                   Paige Huntsberry, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR LEGAL MALPRACTICE ON ST. CHARLES TITLE CORPORATION THROUGH: ITS REGISTERED AGENT: GARY J. ELKINS Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____/ ENTERED /_____ PAPER       RETURN _____/_____/_____ SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within PETITION FOR LEGAL MALPRACTICE ON ST. CHARLES TITLE CORPORATION THROUGH: ITS REGISTERED AGENT: GARY J. ELKINS by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ST. CHARLES TITLE CORPORATION being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 9350977                            Page 1 of 1



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2016-3183  DIVISION: "A-15"

RIVERSIDE DRIVE PARTNERS, LLC

VERSUS

ANNE DICKERSON, DEBORAH D. DAVIS, SHAWN J. RICHARD, ELKINS, PLC, A PROFESSIONAL LAW CORPORATION, ST. CHARLES TITLE CORPORATION, ABC INSURANCE COMPANY, XYZ INSURANCE COMPANY, DEF INSURANCE COMPANY and 123 INSURANCE COMPANY

FILED: _____   _____
                              DEPUTY CLERK

### PETITION FOR LEGAL MALPRACTICE

The petition of Riverside Drive Partners, LLC (hereinafter "Plaintiff"), a foreign limited liability company that is engaged in business in Orleans Parish, Louisiana, avers as follows:

I.

Defendants,

A. **Anne Dickerson**, a lawyer licensed to practice law in the State of Louisiana over the age of majority and doing business in Orleans Parish, State of Louisiana;

B. **Deborah D. Davis**, a lawyer licensed to practice law in the State of Louisiana over the age of majority and doing business in Orleans Parish, State of Louisiana;

C. **Shawn J. Richard**, a lawyer licensed to practice law in the State of Louisiana over the age of majority and doing business in Orleans Parish, State of Louisiana;

D. **Elkins, PLC, A Professional Law Corporation**, a professional law corporation domiciled and doing business in the Parish of Orleans, State of Louisiana;

E. **St. Charles Title Corporation**, a corporation domiciled and doing business in the Parish of Orleans, State of Louisiana;

F. **ABC Insurance Company (hereinafter "ABC")**, is, based upon information at belief at the time of filing of this Petition, either a domestic or foreign insurance carrier authorized to do business in Louisiana that at all times pertinent herein insured Anne Dickerson for the claims asserted herein, and is therefore subject to the Louisiana Direct Action Statute;

G. **XYZ Insurance Company (hereinafter "XYZ")**, is, based upon information at belief at the time of filing of this Petition, either a domestic or foreign insurance carrier authorized to do business in Louisiana that at all times pertinent herein insured Deborah D. Davis for the claims asserted herein, and is therefore subject to the Louisiana Direct Action Statute;

    H. **DEF Insurance Company (hereinafter "DEF")**, is, based upon information at belief at the time of filing of this Petition, either a domestic or foreign insurance carrier authorized to do business in Louisiana that at all times pertinent herein insured Shawn J. Richard for the claims asserted herein, and is therefore subject to the Louisiana Direct Action Statute;

    I. **123 Insurance Company (hereinafter "123")**, is, based upon information at belief at the time of filing of this Petition, either a domestic or foreign insurance carrier authorized to do business in Louisiana that at all times pertinent herein insured Elkins, PLC, A Professional Law Corporation, for the claims asserted herein, and is therefore subject to the Louisiana Direct Action Statute;

are indebted, jointly, severally and *in solido*, to Plaintiff for all sums reasonable in the premises, attorneys' fees, interest and costs, for the following:

### II.

Plaintiff is a member holding a 40% ownership interest in CCNO McDonogh 16, LLC ("CCNO"). CCNO is, in turn, a managing member of McDonogh 16, LLC ("McDonogh") which is the co-owner of a leasehold interest in the old McDonogh 16 school on Henriette Delille Street in New Orleans. The leasehold interest was obtained in order to redevelop the property into affordable housing for the area.

### III.

This matter concerns the actions and inaction of Defendants prior to and after the acquisition of said leasehold by McDonogh in September 2013.

### IV.

In August 2011, Defendants Deborah D. Davis ("Davis"), Shawn J. Richard ("Richard"), Elkins, PLC, A Professional Law Corporation ("Elkins") and St. Charles Title Corporation ("St. Charles"), an affiliate of Elkins, were retained to represent the individual interests of Joseph A. Stebbins, II, Michael Lee Mattax, Jack T. Hammer, the interests of 1815 St. Claude SPE, LLC, and the interests of several to be formed development entities in connection with the title review, structuring, negotiation and financial closing of the acquisition and redevelopment of the McDonogh 16 school. Ultimately, and prior to September 2013, these Defendants became counsel of record for the Plaintiff with respect to the subject transaction.

### V.

Defendant Anne Dickerson ("Dickerson") was and continues to be in house counsel for CCNO Development, LLC, an entity owned by Joseph A. Stebbins, II. Further, Dickerson served

as counsel of record for McDonogh and performed other legal services related to the McDonogh 16 closing / act of sale for and on behalf of McDonogh. Accordingly, she represented / continues to represent the interests of Plaintiff with respect to this project and transaction.

VI.

Prior to the closing / act of sale on September 30, 2013, in which Plaintiff obtained a financial interest in the subject property, the McDonogh 16 school property was under construction and redevelopment.

VII.

Quality Design and Construction, LLC ("QDC") served as a contractor on the project and provided materials and labor related to the McDonogh 16 school property's construction and redevelopment.

VIII.

In late 2012 / early 2013, QDC and the Defendants exchanged numerous correspondences discussing the outstanding amounts owed to QDC for work performed on the subject project. The total amount owed to QDC was in excess of $1,200,000.00.

IX.

At the September 30, 2013 closing / act of sale, QDC was paid $312,000.00, only a portion of the outstanding amount owed.

X.

No waiver and/or release was obtained from QDC in consideration of this partial payment.

XI.

Subsequent to the subject closing, McDonogh filed a lawsuit against QDC which, in turn, caused QDC to file a lien on the McDonogh 16 property in the amount of $1,075,692.23.

XII.

None of this was known and/or disclosed to Plaintiff prior to the September 30, 2013 closing on the subject property. In fact, Plaintiff discovered the facts related to the amounts owed to QDC, the lien filed on the subject property and the preemptive lawsuit filed by McDonogh against QDC less than one year from the date of filing this Petition. Plaintiff relied on the

diligence and work performed by Defendants prior to closing and on the accuracy of the closing documents in consideration for entering into the subject transaction.

XIII.

Additionally, David R. O'Reilly Engineering Consultants, LLC ("O'Reilly") served as a subcontractor on the project and provided materials and labor related to the McDonogh 16 school property's construction and redevelopment.

XIV.

Prior to the September 2013 closing, O'Reilly notified Defendants that it was owed in excess of $66,000.00 related to work performed on the project. In fact, O'Reilly threatened to "put the project into collections" if it didn't receive payment. Rather than make payment to O'Reilly for the amounts owed or otherwise negotiate the amount, McDonogh preemptively filed suit against O'Reilly disputing this amount. Defendant Dickerson was counsel of record for McDonogh in that lawsuit.

XV.

Despite this litigation, the September 30, 2013 closing went forward and the Closing Statement noted that O'Reilly was to be paid $66,810.00 at closing. O'Reilly refused that amount, however, claiming it was a partial payment that it never agreed to. Again, the Defendants obtained no waivers, releases and/or assurances from O'Reilly concerning this amount prior to the subject closing.

XVI.

As with the QDC payment issue, none of this was known and/or disclosed to Plaintiff prior to the September 30, 2013 closing on the subject property. In fact, Plaintiff discovered the facts related to the amounts owed to O'Reilly and the preemptive lawsuit filed by McDonogh against O'Reilly less than one year from the date of filing this Petition. Plaintiff relied on the diligence and work performed by Defendants prior to closing and on the accuracy of the closing documents in consideration for entering into the subject transaction.

XVII.

Defendants had a duty to Plaintiff and were obligated to disclose the QDC and O'Reilly payment issues to Plaintiff prior to the September 30, 2013 closing. They were further obligated to address and resolve those issues prior to said closing so that no clouds, defects and/or encumbrances upon the property would arise.

XVIII.

Defendants failed to disclose the QDC and O'Reilly payment issues as enumerated above.

XIX.

As a result of the Defendants' failures, Plaintiff has suffered and continues to suffer damages related to this transaction.

XX.

Specifically, at the September 30, 2013 closing, a construction loan in the amount of $8,300,000.00 and a bridge loan of $1,834,400.00 was procured to complete the redevelopment of the McDonogh 16 project. Due to the lien and ongoing litigation with QDC, that loan cannot be converted to conventional and permanent financing which has and will cost Plaintiff thousands of dollars in additional interest.

XXI.

By virtue of its ownership interest in McDonogh, Plaintiff has incurred and/or will continue to incur attorney's fees and costs related to the O'Reilly and QDC lawsuits.

XXII.

Additionally, Plaintiff posted a $1,000,000.00 Certificate of Deposit related to the subject project which, in effect, makes Plaintiff solely responsible for the first $1,000,000.00 of shortfall if / when this project is converted into conventional and permanent financing.

XXIII.

Defendants breached the standard of care and/or were guilty of fault or negligence in the following non-exclusive acts and/or omissions:

    a.    In violation of Rules 1.1, 1.3 and/or 1.4 of the Louisiana Rules of Professional Conduct, failing to adequately and competently represent Plaintiff in the underlying matter;

    b.    Failure to properly and timely communicate issues related to amounts owed to QDC and O'Reilly to Plaintiff;

    c.    Failure to properly and timely evaluate the issues related to amounts owed to QDC and O'Reilly;

    d.    Failure to properly and timely resolve the issues related to amounts owed to QDC and O'Reilly prior to the September 30, 2013 closing;

    e.    Failure to inform Plaintiff that clouds and/or defects on the title existed prior to September 30, 2013;

    f.    Failure to properly and adequately obtain resolution of the amounts owed to QDC and O'Reilly prior to closing;

    g.    Failure to disclose and/or obtain authorization from Plaintiff prior to filing a lawsuit against O'Reilly;

    h.    Failure to disclose and/or obtain authorization from Plaintiff prior to filing a lawsuit against QDC; and

    i.    For other acts / omissions which may be proven at trial.

## XXIV.

Deborah D. Davis and Shawn Richard were the agents, employees, partners and the duly authorized representatives of Elkins, PLC, A Professional Law Corporation and/or St. Charles Title Corporation in the underlying transaction, and Elkins and/or St. Charles are vicariously liable for their actions and inaction.

## XXV.

At all relevant times hereto, Defendant, ABC Insurance Company provided a policy of professional liability and/or errors and omissions coverage covering the acts complained of herein of Defendant, Anne Dickerson.

## XXVI.

At all relevant times hereto, Defendant, XYZ Insurance Company provided a policy of professional liability and/or errors and omissions coverage covering the acts complained of herein of Defendants, Deborah D. Davis and/or Elkins, PLC, A Professional Law Corporation and/or St. Charles Title Corporation.

XXVII.

At all relevant times hereto, Defendant, DEF Insurance Company provided a policy of professional liability and/or errors and omissions coverage covering the acts complained of herein of Defendants, Shawn J. Richard and/or Elkins, PLC, A Professional Law Corporation and/or St. Charles Title Corporation.

XXVIII.

At all relevant times hereto, Defendant, 123 Insurance Company provided a policy of professional liability and/or errors and omissions coverage covering the acts complained of herein of Defendant, Elkins, PLC, A Professional Law Corporation and/or St. Charles Title Corporation.

WHEREFORE, Plaintiff, Riverside Drive Partners, LLC, prays that a copy of this Petition be served upon the Defendants, Anne Dickerson, Deborah D. Davis, Shawn J. Richard, Elkins, PLC, A Professional Law Corporation and St. Charles Title Corporation, and that after all legal delays and due proceedings have there be judgment rendered herein in favor of Plaintiff and against the Defendants jointly, severally and *in solido*, awarding damages to be determined by the court, interest from the date of judicial demand, for all costs of these proceedings and for all just and equitable relief. Plaintiff further prayed for trial by jury.

Respectfully submitted,

The Bezou Law Firm

Jacques F. Bezou (3037)
Matthew L. Devereaux (32125)
Jacques F. Bezou, Jr. (33728)
534 E. Boston Street
Covington, Louisiana 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413

*Counsel for the Plaintiff*

SERVICE INSTRUCTIONS ON FOLLOWING PAGE

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF NEW ORLEANS
STATE OF LA

**PLEASE SERVE:**

**ANNE DICKERSON**
4127 S. Claiborne Avenue
New Orleans, Louisiana 70125

**DEBORAH D. DAVIS**
201 St. Charles Avenue, Suite 4400
New Orleans, Louisiana 70170

**SHAWN J. RICHARD**
201 St. Charles Avenue, Suite 4400
New Orleans, Louisiana 70170

**ELKINS, PLC, A PROFESSIONAL LAW CORPORATION**
Through its Registered Agent:
Gary J. Elkins
201 St. Charles Avenue, Suite 4400
New Orleans, Louisiana 70170

**ST. CHARLES TITLE CORPORATION**
Through its Registered Agent:
Gary J. Elkins
201 St. Charles Avenue, Suite 4400
New Orleans, Louisiana 70170

**PLEASE WITHHOLD SERVICE:**

**ABC INSURANCE COMPANY**

**XYZ INSURANCE COMPANY**

**DEF INSURANCE COMPANY**

**123 INSURANCE COMPANY**

FILED
MAR 30 2016
CLERK'S OFFICE
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2016-3183 DIVISION: "A"-15

RIVERSIDE DRIVE PARTNERS, LLC

VERSUS

ANNE DICKERSON, DEBORAH D. DAVIS, SHAWN J. RICHARD, ELKINS, PLC, A PROFESSIONAL LAW CORPORATION, ST. CHARLES TITLE CORPORATION, ABC INSURANCE COMPANY, XYZ INSURANCE COMPANY, DEF INSURANCE COMPANY and 123 INSURANCE COMPANY

FILED: _____     _____
                                                DEPUTY CLERK

**VERIFICATION**

STATE OF GEORGIA

COUNTY OF FULTON

BEFORE ME, the undersigned authority, personally came and appeared:

**JACK T. HAMMER**

and did, after being duly sworn, did affirm that he is a person of the full age of majority and is a member of Riverside Drive Partners, LLC, the Plaintiff in the captioned matter, and that he has read the foregoing Petition for Legal Malpractice and all of the allegations of fact contained therein are true and correct to the best of his information, knowledge and belief.

_____
JACK T. HAMMER

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 29th DAY
OF MARCH, 2016.

_Claudia B. Thacker_
Notary Public

[Notary seal: CLAUDIA B. THACKER, NOTARY PUBLIC, EXPIRES Jan. 25, 2017, GEORGIA, COBB COUNTY]